## SIMMONS v. DAVIS.

SIMMONS, C. J. Under the facts disclosed by the record, there was no error in the charge of the court complained of. The evidence warranted the verdict, and the trial judge did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted January 25, — Decided March 1, 1898.

Assumpsit. Before Judge Falligant. Effingham superior court. May term, 1897.

*R. W. Sheppard, J. K. Hines* and *H. B. Strange,* for plaintiff in error. *J. G. & D. H. Clark,* contra.

---

## BASS v. BAER.

SIMMONS, C. J. Whether the case be viewed in the light of the evidence which was submitted to the jury, or in the light of the same in connection with that which was excluded by the court, a verdict for the plaintiff was demanded, and it was not error for the court to so direct.

*Judgment affirmed. All the Justices concurring.*

Argued February 5, — Decided March 1, 1898.

Complaint on notes. Before Judge Felton. Bibb superior court. April term, 1897.

*Ryals & Stone,* for plaintiff in error.
*Hardeman, Davis & Turner,* contra.

---

## SMITH v. MAYOR AND COUNCIL OF CARROLLTON.

COBB, J. No error of law being complained of, and the evidence being sufficient to authorize the judgment of the police court, the judge of the superior court did not err in refusing to sanction the petition for certiorari.

*Judgment affirmed. All the Justices concurring.*

Argued February 21, — Decided March 2, 1898.

Certiorari. Before Judge Harris. Carroll county. April 2, 1897.

*Oscar Reese,* for plaintiff in error.
*T. A. Atkinson, solicitor-general,* and *Sidney Holderness,* contra.